IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RORY KEVYN TRAINOR,**                                             **PLAINTIFF**
**#116197**

v.                               Case No. 4:21-cv-00053-LPR

**SHANE JONES,** *et al*.                                           **DEFENDANTS**

## ORDER

The Court has received and reviewed Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney. (Doc. 5). There have been no objections. After a careful review of the Proposed Findings and Recommendations and a careful review of the entire record, the Court adopts the Proposed Findings and Recommendations in their entirety. Accordingly,

IT IS THEREFORE ORDERED that:

1. Plaintiff's Complaint (Doc. 1) against Defendants is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

2. Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g).

3. The Court certifies that an *in forma pauperis* appeal from an Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 12th day of April 2021.

 

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE