IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RORY KEVYN TRAINOR,** **PLAINTIFF**
**#116197**

v. Case No. 4:21-cv-00053-LPR

**SHANE JONES, et al.** **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3). Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g).

IT IS SO ADJUDGED this 12th day of April 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE